
1  Joseph R. Manning, Jr. (SBN 223381)
2  DisabilityRights@manninglawoffice.com
   **MANNING LAW, APC**
3  20062 SW Birch Street, Suite 200
   Newport Beach, CA 92660
4  Tel: 949.200.8755 / Fax: 866.843.8308

5  Attorneys for Plaintiff:
   POUPAK BAREKAT
6

7  Michael J. Danner (SBN 79269)
8  MJDanner@sbcglobal.net
   **LAW OFFICES OF MICHAEL J. DANNER**
9  6101 Ball Road, Suite 302
   Cypress CA 90630
10 Telephone: (714) 828-9909 Facsimile: (714) 828-9979

11
12 Attorney for Defendants
   ANYORK LEE and WUNTSUN LEE
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POUPAK BAREKAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANYORK LEE and WUNTSUN LEE, individually and as trustee of the ANYORK LEE AND WUNTSUN LEE REVOCABLE LIVING TRUST; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-00978-AB-ADS<br><br>Hon. Andre Birotte Jr<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 27, 2020<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff POUPAK BAREKAT ("Plaintiff") and ANYORK LEE and WUNTSUN LEE ("Defendants"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 24, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Poupak Barekat

DATED: September 24, 2020

**LAW OFFICES OF MICHAEL J. DANNER**

By: /s/ *Michael J. Danner*
    Michael J. Danner
    Attorneys for Defendant
    Anyork Lee and Wuntsun Lee

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 24, 2020    By: /s/ *Joseph R. Manning, Jr.*