JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POUPAK BAREKAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANYORK LEE and WUNTSUN LEE, et al,<br><br>Defendants. | Case No. 8:20-cv-00978-AB-ADS<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal with Prejudice filed by Plaintiff Poupak Barekat ("Plaintiff") and Anyork Lee and Wuntsun Lee ("Defendants"), the Court hereby DISMISSES WITH PREJUDICE Plaintiff's Complaint in its entirety.  Each party to bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 25, 2020

_____
UNITED STATES DISTRICT JUDGE

1